**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 393 MAL 2021

           Respondent                            :

                                                   :   Petition for Allowance of Appeal
                                                   :   from the Order of the Superior Court

           v.                                   :

                                                   :

SHAWN ANTHONY JONES,                :

                                                   :

           Petitioner                              :


## ORDER


**PER CURIAM**

      **AND NOW**, this 30th day of September, 2022, the Petition for Allowance of Appeal

is **DENIED**.  The Application for Leave to File *Amicus* Brief is also **DENIED**.